IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH SOLOMON AND<br>JENNIFER DESIRE SOLOMON<br>    PETITIONERS | CIVIL ACTION NO.:<br>3-15-CV-00362-BAJ-SCR |
| VERSUS | DISTRICT COURT JUDGE:<br>BRIAN A. JACKSON |
| MARQUETTE TRANSPORTATION<br>COMPANY, LLC<br>    DEFENDANT | MAGISTRATE JUDGE:<br>STEPHEN C. RIEDLINGER |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Joseph Solomon and Jennifer Desire Solomon (collectively referred to as "Petitioners") and Marquette Transportation Company, LLC ("Defendant") as owner of the M/V MYRA ECKSTEIN, who respectfully submit to this Honorable Court, that after this matter was removed to the U.S. District Court for the Eastern District of Louisiana, and consolidated with Civil Action No. 2:15-cv-2316, 2:15-cv-1395' 2:15-cv-4571 and 2:15-cv-2316, all claims, cross claims and/or third party claims between Joseph Solomon and Jennifer Desire Solomon and Marquette Transportation Company, LLC have been resolved in full, and hereby request that the Court dismiss all claims between Joseph Solomon and Jennifer Desire Solomon and Marquette Transportation Company, LLC with prejudice, with each party to bear their/its own costs.

Respectfully submitted, this 23rd day of May, 2018.

BATEMAN LAW FIRM

/s/ David L. Bateman
David L. Bateman
Bateman Law Firm
610 Perkins Road, Suite A
Baton Rouge, LA 70807
Attorney for Joseph & Jennifer Solomon

And

                MARQUETTE TRANSPORTATION COMPANY, LLC

/s/: John S. Garner
John S. Scialdone, LA Bar # 21859
John S. Garner, LA Bar #25314
SCIALDONE LAW FIRM, PLLC
1319 24TH Avenue
Gulfport, MS 39501
Post Office Drawer 4080 (39502)
Telephone: (228) 822-9340
Facsimile: (228) 822-9343
*Attorneys for Marquette Transportation Company, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record as follows:

David L. Bateman
BATEMAN LAW FIRM
6010 Perkins Road, Suite A
Baton Rouge, LA 70808

Mr. Chad A. Dudley
DUDLEY & DEBOSIER
1075 Government Street
Baton Rouge, LA 70802

*Counsel for Plaintiffs*

                /s/ John S. Garner
                John S. Garner

4817-5305-5078, v. 1