UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH SOLOMON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **MARQUETTE TRANSPORTATION COMPANY, LLC.** | **NO.: 15-00362-BAJ** |

### ORDER

**IT IS ORDERED** that the **Joint Motion to Dismiss (Doc. 7)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs Joseph Solomon and Jennifer Solomon's claims against Defendant Marquette Transportation Company, LLC are **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Baton Rouge, Louisiana, this 24th day of May, 2018.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**